# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TAMISHA RASHAWN DAVIS ) | BANKRUPTCY CASE |
| ) | NO. 20-70205-PWB |
| **Debtor** ) | |
| _____) | JUDGE BONAPFEL |
| ) | CHAPTER 7 |
| NATIONAL AUTO LENDERS, INC. ) | |
| **Movant,** ) | |
| ) | |
| v. ) | |
| ) | |
| TAMISHA RASHAWN DAVIS ) | |
| **Respondent** ) | |
| _____/ | |

## CONSENT MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW MOVANT, National Auto Lenders, Inc. ("National Auto"), and Debtor, Tamisha Rashawn Davis ("Debtor"), by and through their undersigned counsel, hereby jointly move this Court for relief from the automatic stay pursuant to Section 362(d) of the United States Bankruptcy Code, for all purposes allowed by law and the contract described herein, and shows the Court as follows:

1

1.

The Debtor filed this Chapter 13 Petition in the Northern District of Georgia on September 25, 2022. On April 12, 2022, Debtor filed her First Request to Convert from Chapter 13 to Chapter 7 [Docket No. 30].

2.

The case was converted to Chapter 7 on April 12, 2022.

3.

National Auto has a secured claim in the amount of $19,112.45, regarding a Retail Installment Contract (the "Contract") dated May 4, 2020, between Debtor and AJ's Auto, Inc. for a 2017 Chevrolet Malibu, VIN #1G1ZE5ST5HF201858. By virtue of an assignment, the Contract was assigned by AJ's Auto, Inc. to National Auto. A true and correct copy of the Contract is attached hereto as Exhibit "A."

4.

The Contract created a first priority lien (the "Lien") in favor of National Auto.

5.

The Lien created by the Contract is recorded on the Certificate of Title to the Vehicle and is perfected as a secured lien against the Vehicle. A true and correct

copy of the Certificate of Title evidencing the Lien and the perfected security interest of National Auto is attached hereto as Exhibit "B."

6.

The Contract required the Debtor to make monthly payments to National Auto in the amount of $469.59. The Debtor is in default under the terms and conditions of the Contract by failing to make the required payments as and when they became due, and as of the date of this Motion, the value of the Vehicle is approximately $3,500.[1] A true and correct copy of the valuation for the Vehicle is attached hereto as Exhibit "C" and incorporated herein by reference.

7.

Under 11 U.S.C. § 362(d)(1), the Court may terminate, annul, modify or condition the Automatic stay for cause, including lase of adequate protection of the party in interest's property.

8.

Counsel for the Debtor has advised that the Debtor is willing to surrender the Vehicle to National Auto.

---

[1] The current Black Book Value for the vehicle is $11,775. Debtor's counsel has advised the Vehicle is not running, which further reduces the Vehicle's value by 28-30%, thus equaling the valuation of approximately $3,500.00. The valuation for the Vehicle is attached hereto as Exhibit "C".

3

WHEREFORE, National Auto and Debtor respectfully request that the Court enter an Order (1) granting National Auto relief from the automatic stay thereby allowing National Auto to pursue all rights and remedies to obtain possession of the Vehicle as provided for in the Contract and under applicable law; (2) for an Order granting such other and further relief as is necessary to adequately protect National Auto's interest in the Vehicle; and (3) waiving the fourteen (14) day stay period set forth in Bankruptcy Rule 4001(a)(3) so that National Auto may immediately enforce and implement this Order.

This 27th day of April 2022.

Respectfully submitted:

ADAMS AND REESE, LLP

*/s/ Benjamin M. Rachelson*
Benjamin M. Rachelson
GA Bar No. 558570
Benjamin.Rachelson@arlaw.com
*Attorney for National Auto Lenders, Inc.*

3424 Peachtree Road, NE
Suite 1600
Atlanta, GA 30326
Telephone: (470) 351-1615

                                                Consented to by:

                                                THE SEMRAD LAW FIRM, LLC

                                                */s/ Willie B. Smith\* (signed w.e.p.)*
                                                Willie B. Smith
Sterling Point II                            GA Bar No. 507412
235 Peachtree St. NE                     *Attorney for the Debtor*
Suite 300
Atlanta, GA 30346
Telephone: (678)668-7165

                                                No Opposition by:


                                                */s/ S. Gregory Hays (signed w.e.p.)*
                                                S. Gregory Hays
                                                ghays@haysconsulting.net
Hays Financial Consulting, LLC         *Trustee*
2964 Peachtree Road
Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0060

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following persons with the following persons with the foregoing **Consent Motion for Relief from Stay** by using the Court's e-filing system and placing same in the U.S. Mail, postage pre-paid, addressed as follows:

Tamisha Rashawn Davis
2361 Cove Road
Lithonia, GA 30058

Willie B. Smith, Esq.
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St., NE
Suite 300
Atlanta, GA 30346

S. Gregory Hays, Esq.
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

This 27th day of April 2022.

Respectfully submitted:

ADAMS AND REESE, LLP

*/s/ Benjamin M. Rachelson*
Benjamin M. Rachelson
GA Bar No. 558570

3424 Peachtree Road, NE
Suite 1600
Atlanta, GA 30326
Telephone: (470) 351-1615

Benjamin.Rachelson@arlaw.com
*Attorney for National Auto Lenders, Inc.*

EXHIBIT "A"

| CONTRACT DATE: 05/04/2020 | RETAIL INSTALLMENT CONTRACT | FZ-GA-RIC-SIA |
|---|---|---|
| ACCOUNT #: 8164 | SIMPLE FINANCE CHARGE | |

| Buyer Name and Address | Seller Name and Address |
|---|---|
| TAMISHA R DAVIS<br>2361 COVE RD<br>LITHONIA, GA 30058<br>County: DEKALB | AJ'S AUTO, INC<br>1511 S COBB DR<br>MARIETTA, GA 30060<br>County: COBB |
| Co-Buyer Name and Address | |

In this contract, "you" and "your" refer to the Buyer or Buyers signing below. "Seller," "we" and "us" refer to the seller shown above. "Holder" is the Seller, or, if this contract has been assigned, the party who has been assigned this contract. "Vehicle" refers to the vehicle described below. "Buyer," "you" and "your" shall include the plural. You promise to pay to the order of the Holder (at its office or at such other place as the Holder may designate and instruct you) the Amount Financed and the Finance Charge (see below) as outlined in the schedule of payments below and as described in this contract.

| New/Used | Year | Make | Model No. | Serial No. and/or Motor No. | Mileage | |
|---|---|---|---|---|---|---|
| USED | 2017 | CHEVROLET | MALIBU 4DR | 1G1ZE5ST5HF201858 | 43737 | [X] Personal, Family or Household Use<br>[ ] Business Use |

Description of Trade-In(s): N/A

## FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>THE COST OF YOUR CREDIT AS A YEARLY RATE. | FINANCE CHARGE<br>THE DOLLAR AMOUNT THE CREDIT WILL COST YOU | AMOUNT FINANCED<br>THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | TOTAL OF PAYMENTS<br>THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED | TOTAL SALE PRICE<br>THE TOTAL COST OF YOUR PURCHASE ON CREDIT, INCLUDING YOUR DOWN PAYMENT OF $2,900.00 IS |
|---|---|---|---|---|
| 24.95 % | $16,323.48 | $17,415.00 | $33,738.48 | $36,638.48 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | $468.59 | MONTHLY beginning June 4, 2020 |

**Late Charge:** If payment is not received in full within 10 days after it is due, you will pay a late charge of $50 or 5% of the payment, whichever is less.
**Prepayment:** If you pay off all or any part of your debt early, you will not have to pay a penalty.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, our right to accelerate the maturity of this obligation, any required repayment in full before the scheduled date, prepayment refunds and penalties, and our security interest.

HOW THIS CONTRACT CAN BE CHANGED. This contract and the related documents that you sign contemporaneously with this contract contain the entire agreement between you and us relating to the sale and financing of the motor vehicle. Any change to this contract must be in writing and we must sign it. If any part of this contract is not valid, all other parts stay valid.

Buyer Signs X _[signature]_  Co-Buyer Signs X _N/A_

**NOTICE TO THE BUYER**
Do not sign this contract before you read it or if it contains any blank spaces.
You are entitled to an exact copy of the contract you sign.
This contract consists of 5 pages, be sure to initial pages 2, 3, 4, and 5 as indicated.
Signed, sealed and delivered by the Buyer, who hereby acknowledges receipt of a completed copy of this contract and agrees to its terms.
THIS CONTRACT CONTAINS AN ARBITRATION CLAUSE ON PAGE 5.

Buyer Signs X _[signature]_ Date 05/04/2020   Co-Buyer Signs X _N/A_ Date _____
Buyers and Other Owners - A buyer is a person who is responsible for paying the entire debt. An "other owner" is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Date _____ Address _____

Seller Signs X _[signature]_ Date 05/04/2020 Printed Name _Vijayark Sih_ Title _____

Page 1 of 5 (of document 22101)

FZ-GA-RIC-SIA 10/18   Simple Finance Charge Retail Installment Contract   © 2018 Frazer Computing, Inc.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

| INSURANCE: CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. WE MAY RETAIN OR RECEIVE A PORTION OF THIS AMOUNT. | | |
|---|---|---|
| TYPE OF CREDIT INSURANCE | ORIGINAL TERM | COST FOR THE ORIGINAL TERM |
| ☐ CREDIT LIFE | N/A | N/A |
| ☐ CREDIT DISABILITY | N/A | N/A |

CHOICE OF COVERAGE AS SPECIFIED IS ACKNOWLEDGED BY BUYER'S SIGNATURE

Buyer Signs X_____N/A_____
Date_____ Date of Birth_____

Co-Buyer Signs X_____N/A_____
Date_____ Date of Birth_____

COMPREHENSIVE AND COLLISION INSURANCE IS REQUIRED: You may obtain or provide through an existing policy, or a policy you independently obtain and pay for, the required insurance through any duly licensed agent or broker, subject to our right to refuse to accept an insurer you offer for reasonable cause.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT PROVIDED UNDER THIS CONTRACT.

☐ VENDOR'S SINGLE INTEREST (VSI) INSURANCE. If the preceding box is checked, you are required to purchase VSI insurance as part of this sale. VSI insurance is for the sole protection of the Holder against loss of or damage to the vehicle. You may purchase VSI Insurance through any Insurance company or agency you choose who is reasonably acceptable to us. If you choose to finance the insurance as part of this contract, you will pay $___N/A___. The coverage is for the initial term of the contract. Any insurer issuing VSI insurance waives its rights of subrogation against the Buyer.

DEBT CANCELLATION AGREEMENT ("GAP"). A Debt Cancellation or "GAP" Agreement is not required to obtain credit. Please sign below if you wish to buy a Debt Cancellation Agreement.

Type/Name of Provider of Debt Cancellation Agreement: _____

Initial Term: **72 MONTHS**    Fee for Initial Term: **895.00**

☐ If this box is checked, the following also applies: the initial term of coverage for the Debt Cancellation Agreement, the cost of which is shown above and in item 4k of the Itemization of Amount Financed, is less than the term of your contract. The term of the Debt Cancellation Agreement is _____.

By signing below, you acknowledge that you have been provided with a copy of the Debt Cancellation Agreement, that you agree to its terms and that you wish to purchase it.

X _[signature]_  05/04/2020
Signature of Buyer Requesting Coverage    Date

X _____N/A_____  _____
Signature of Co-Buyer Requesting Coverage    Date

## ITEMIZATION OF AMOUNT FINANCED

(1) **CASH PRICE**
   a. Vehicle (Including accessories, delivery and installation charges, if any) _____ 15,837.96
   b. To Seller for Document Preparation Charges (not a government fee) _____ 299.00
   c. Taxes _____ 1,065.04
   CASH PRICE [(a)+(b)+(c)] _____ 17,202.00 (1)

(2) **DOWN PAYMENT**
   d. Cash Down payment _____ 2,900.00
   e. Deferred Down payment _____ N/A
   f. Net Trade In Allowance
      Gross Trade In _____ N/A
      Less Payoff _____ N/A
      Net Trade In _____ N/A
   TOTAL DOWN PAYMENT [(d)+(e)+(f)] _____ 2,900.00 (2)
   If Total Down Payment is negative enter $0.00 and insert that amount on 4(t).

(3) **UNPAID CASH PRICE** [(1)-(2)] _____ 14,302.00 (3)

(4) **AMOUNT PAID TO OTHERS ON YOUR BEHALF**
   g. Official Fees to Government Agencies
      Title Fee _____ 18.00
   h. To **GWC** for Extended Service Contract* _____ 2,200.00
   i. To Insurance Company for Credit Life Premium* _____ N/A
   j. To Insurance Company for Credit Disability Premium* _____ N/A
   k. **NAL GAP** * _____ 895.00
   l. _____ N/A _____ N/A
   m. _____ N/A _____ N/A
   n. _____ N/A _____ N/A
   o. _____ N/A _____ N/A
   p. _____ N/A _____ N/A
   q. _____ N/A _____ N/A
   r. _____ N/A _____ N/A
   s. _____ N/A _____ N/A
   t. _____ N/A _____ N/A
   TOTAL PAID TO OTHERS [(g)+(h)+(i)+(j)+(k)+(l)+(m)+(n)+(o)+(p)+(q)+(r)+(s)+(t)] _____ 3,113.00 (4)

(5) **TOTAL AMOUNT FINANCED** [(3)+(4)] _____ 17,415.00 (5)

*Seller May Retain A Portion of These Amounts

Initials _[initials]_ / N/A / _[initials]_   Page 2 of 5 (of document 22101)
         Buyer / Co-Buyer / Seller

FZ-GA-RIC-SIA 10/18    Simple Finance Charge Retail Installment Contract    © 2018 Frazer Computing, Inc.

## ADDITIONAL TERMS AND CONDITIONS

**INSURANCE YOU MUST HAVE ON THE VEHICLE.** You must keep the vehicle insured against damage or loss until you have paid all that you owe under this contract. You will provide coverage in the amount of the vehicle's actual cash value less a maximum deductible of $500. You may purchase, or provide through an existing policy, the insurance through anyone you choose who is reasonably acceptable to us. Each policy you get will provide that the insurance company will give us at least 10 days' written notice before the policy is canceled. You must name us as the person to be paid under the policy in the event of damage or loss. If the vehicle is damaged or lost, at our option, we can use the insurance proceeds to replace or repair it or to repay any amounts you owe under this contract.

If you do not obtain and maintain the insurance required by this contract and do not continue to provide satisfactory proof of insurance, we will consider this contract in default. We may, at our option, repossess the vehicle, purchase insurance at your expense, or pursue any other remedy provided for in this contract. The insurance we purchase may either cover both our interest and your interest or our interest only. Any coverage we buy will not include insurance on liability for bodily injury or property damage, except with respect to the vehicle, and will not meet the requirement for proof of financial responsibility under Georgia law. The charges for insurance we obtain may be substantially higher than the charges you would pay if you bought the insurance you are required by this contract to have on the vehicle yourself. The charge for insurance will be the premium of the insurance. In addition, you will incur a finance charge on the amount of any insurance premiums.

You will deliver to us an insurance policy meeting the requirements in this paragraph to be issued by

_____
Insurance Company

_____
Agent

**ACKNOWLEDGEMENT OF INSURANCE TO BE FINANCED.** If we finance the insurance you are required by this contract to have against damage or loss to the vehicle, the following applies:

Name of Insurer: __N/A__

Term of Insurance: __N/A__

Premium: __N/A__

You agree that the premium for the above-described insurance will be included in the Amount Financed under this contract.

X _____N/A_____ (Buyer)

X _____N/A_____ (Co-Buyer)

**FINANCE CHARGE AND PAYMENTS.** We will compute your Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. We based the Finance Charge, Total of Payments and the Total Sale Price shown in this contract on the assumption that you will make each payment in the amount due and on the date due. These amounts will be more if you pay late and less if you pay early. These changes may take the form of a larger or smaller last payment or, if we choose, additional payments of the same amount as your scheduled payments with a smaller final payment. We will notify you about these changes before your final scheduled payment is due.

**PREPAYMENT.** You may prepay all or any part of the debt that you owe under this contract at any time without penalty. If you do, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the prepayment date.

**APPLYING PAYMENTS.** We may apply your payments to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe us in any order we choose.

**OWNERSHIP AND RISK OF LOSS.** You agree to pay us all amounts owed under this contract, regardless of whether the vehicle is damaged, destroyed or missing. You agree not to transfer any interest in the vehicle or this contract without our written permission. You agree to keep the vehicle in good order and repair, allowing for ordinary wear and tear. You will make sure our security interest on the vehicle is shown on the title. If we pay any repairs, storage, taxes, fines or other charges, you agree to repay us.

**CHANGE OF ADDRESS.** You agree to notify us immediately of a permanent change of address.

**SECURITY INTEREST.** You give us a security interest in the vehicle; any money or goods received (proceeds) for the vehicle; any accessories, equipment, modifications, or replacement parts installed in the vehicle; any insurance premiums and charges for service contracts returned to us; and any proceeds of service contracts or insurance policies on your life or health which are financed in this contract. This security interest secures all amounts you owe, and all of your other obligations, under this contract, as it may be amended from time to time.

**LATE CHARGE.** You will pay a late charge on each late payment as shown in the Federal Truth in Lending Disclosures on the first page.

**DEFAULT.** Any of the following events will be considered a default: your failure to pay any installment when due; your failure to perform or breach of any section of this contract; your failure to obtain and maintain the insurance required by this contract; any misstatement or misrepresentation by you relied on by us; you become insolvent; any judgment is entered against you; the vehicle is transferred without our written consent, or seized under any legal process. If you breach this contract, we can accelerate your payments and demand full and immediate payment of the remaining amount due; repossess the vehicle; take any reasonable measures to correct the default, or save us from loss; or pursue any other remedy permitted by law in recovering the full remaining amount due. We do not have to give you notice before pursuing any of these remedies. You will pay the costs and expenses of these measures.

**REPOSSESSION.** If you are in default, we may take the vehicle from you if we may do so without a breach of the peace. We may repossess the vehicle by any means including entering your property, or the property where it is stored. Personal property found in the vehicle will be stored at your expense and will be returned to you if you identify it within a reasonable amount of time. We will dispose of such property after we have given you any notice and time to recover it that the law requires. However, we will keep any vehicle accessories, equipment, modifications, or replacement parts.

**RETURN OF THE VEHICLE TO YOU.** If we repossess the vehicle you have the right to get it back (redeem). In order to get the vehicle back, you must pay all amounts owed, not just past due amounts. We will tell you how much you have to pay to redeem the vehicle. Your right to the return of the vehicle will end when the motor vehicle is sold, or we have entered into a contract for sale, or accepted the vehicle as full or partial satisfaction of the contract, as the law allows.

Initials ___/___N/A___/___   Page 3 of 5 (of document 22101)
         Buyer  Co-Buyer  Seller

FZ-GA-RIC-SIA  10/18    Simple Finance Charge Retail Installment Contract    © 2018 Frazer Computing, Inc.

## ADDITIONAL TERMS AND CONDITIONS

**RE-SALE OF VEHICLE.** Once your vehicle has been repossessed, we will send you notice of the re-sale at least 10 days in advance. Once your vehicle is sold, the proceeds will be credited to your account. Any surplus after applying the proceeds to your account will be returned to you. You must pay any deficiency in your account after the proceeds of sale are applied subject to applicable notice requirements. Any deficiency that you do not satisfy upon our demand will bear interest at the maximum rate allowed by law.

**COLLECTION COSTS.** If you are in default and we demand full payment, you agree to pay us interest on the amount you owe at the Annual Percentage Rate shown in this contract. If we hire an attorney who is not our salaried employee to collect what you owe, you will pay 15% of the amount remaining under the contract, plus interest on that amount, as attorney's fees. You will also pay all collection costs that are permitted by law and all court costs associated with the collection.

**GOVERNING LAW.** This contract shall be subject to federal and Georgia law.

**WHO IS BOUND.** This contract is binding upon the parties, their heirs, executors, personal representatives, and/or successors and assigns.

**TRANSFER OF RIGHTS.** We may transfer this contract to another person. That person will then have all of our rights, privileges, and remedies.

**JOINT LIABILITY.** All persons who sign this contract as Buyers are jointly and severally liable. We may enforce or release our rights entirely with respect to one Buyer without affecting our rights as to any other Buyer.

**NO WAIVER.** We can delay or refrain from enforcing any of our rights under this contract without losing them.

**INTERPRETATION.** If for any reason any section of this contract is deemed invalid, all other sections will remain enforceable.

**RETURNED CHECK CHARGE.** You agree to pay a charge equal to the greater of $30 or 5% of the check amount and any fees charged to us by your bank or financial institution if any check is dishonored and we make written demand that you do so. "Check" includes a bank check, credit union share draft or any other instrument that you use to make any payment under this contract.

**TELEPHONE MONITORING AND CALLING.** You agree that we may monitor and record telephone calls regarding your account to assure the quality of our service. In addition and subject to applicable law, in connection with servicing your account and/or collecting amounts you may owe, you expressly consent that we may call you and send text messages to you using prerecorded/artificial voice messages or an automatic dialing device. We may do so using any telephone number you provide to us, including a cellular phone, which may result in charges to you.

**OPTIONAL EXTENDED SERVICE CONTRACTS.** An Extended Service Contract is optional. An Extended Service Contract is not required to obtain credit and will not be provided unless you agree to pay the additional cost.

**WARRANTIES SELLER DISCLAIMS.** Unless we make a written warranty, or enter into a service contract within 90 days from the date of this contract, we make no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. This provision does not affect any warranties covering the vehicle that the manufacturer may offer.

**ACKNOWLEDGEMENT OF PURCHASE OF VEHICLE CONTAINING PAST DUE STARTER INTERRUPT AS CONDITION OF SALE.** You understand that there may be a payment guarantee device installed on the vehicle as a condition of sale. You understand that if you do not make all payments as required under this contract, THIS DEVICE WILL PREVENT THE VEHICLE FROM BEING STARTED. You agree to sign all disclosure forms describing the device, and further understand and agree that these forms are a part of this Contract and are incorporated herein as though fully set forth.

**ACKNOWLEDGEMENT OF PURCHASE OF VEHICLE CONTAINING ELECTRONIC TRACKING DEVICE.** If your vehicle has an electronic tracking device, you agree that we may use this device to find the vehicle.

**USED CAR BUYERS GUIDE:** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Note: The following notice applies only to the extent the vehicle is to be used primarily for personal, family or household use.
**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

---

ASSIGNMENT: By signing below, Seller hereby sells and assigns all right, title and interest in this contract to **NATIONAL AUTO LENDERS** 14645 NW 77TH AVE SUITE 203, MIAMI LAKES, FL 33014 ("Assignee") in accordance with and under the terms and conditions of a separate agreement between Seller and Assignee.

☐ Assigned with recourse          ☐ Assigned without recourse          ☐ Assigned with limited recourse

Seller **AJ'S AUTO, INC**          By _____          Title _____

Initials ___/ N/A / NS   Page 4 of 5 (of document 22101)
       Buyer / Co-Buyer / Seller

FZ-GA-RIC-SIA 10/18    Simple Finance Charge Retail Installment Contract    © 2018 Frazer Computing, Inc.

# ARBITRATION AGREEMENT

This Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. This Arbitration Agreement uses certain defined terms. A "Dispute" is any contract, tort, statutory or other claim or dispute between you and Seller arising out of or relating to your credit application, this contract, or any resulting transaction or relationship (including any such relationship with third parties who do not sign this Arbitration Agreement). "Seller" includes seller's assignee and also includes Seller's and such assignee's employees, agents, successors or assigns. "Dispute" includes any disagreement over the interpretation and scope of this clause, or the arbitrability of the Dispute.

Any Dispute shall, at your or Seller's request, be resolved by binding arbitration and not in court. Arbitration will be by one arbitrator on an individual basis and not as a class action. You waive any right you may have to arbitrate a Dispute as a class action (this is referred to below as the "class action waiver"). Arbitration will be conducted by and under the rules of the American Arbitration Association, 1633 Broadway, 10th Floor, New York, NY 10019 (www.adr.org), or any other arbitration organization you select, subject to Seller's approval. You may get the rules of the organization by contacting it or visiting its website.

Arbitrators shall be attorneys or retired judges selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside, or at some other location convenient to you, or as otherwise required by law. Seller will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $1,500, unless applicable law or the rules of the chosen arbitration organization require Seller to pay more. Each party shall be responsible for its own attorney, expert and other fees, unless otherwise awarded by the arbitrator under applicable law.

The arbitrator's award is final and binding on all parties. Any arbitration shall be governed by the Federal Arbitration Act and not by any state arbitration law.

You and Seller retain the right to sue in small claims court for a Dispute within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor Seller waive the right to arbitrate by filing suit. Any court with jurisdiction may enter judgment on the arbitrator's award. This Arbitration Agreement shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Agreement, other than the class action waiver, is deemed or found to be unenforceable for any reason, the remainder is enforceable. If the class action waiver is deemed or found to be unenforceable, then this entire Arbitration Agreement shall be unenforceable.

This Arbitration Agreement is incorporated into and becomes a part of this contract or any other credit obligation that you enter into with Seller on the contract date shown on Page 1.

You may opt out of this Arbitration Agreement by doing so in writing to the Seller's address on Page 1 of this contract, or a different address the Holder may provide you, sent by registered mail, postmarked no later than 10 days from the contract date.

It is important that you thoroughly read the above Arbitration Agreement before you sign this Contract. It affects your legal rights. By signing this Contract, you acknowledge that you have read and understand this Arbitration Agreement.

By signing this Contract on Page 1, you agree to the terms of this Arbitration Agreement.

Initials _____ / N/A / _____  Page 5 of 5 (of document 22101)
         Buyer   Co-Buyer  Seller

FZ-GA-RIC-SIA 10/18    Simple Finance Charge Retail Installment Contract    © 2018 Frazer Computing, Inc.

EXHIBIT "B"



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1G1ZE5ST5HF201858 | 2017 | CHEV | | | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 770036248410961 | | GA | 05-27-2020 |

**Full Name of Owner(s)**
TAMISHA RASHAWN DAVIS
1099 PRINCETON PARK DR
LITHONIA, GA 300583070

**Liens(s)**
NATIONAL AUTO LENDERS INC
[14645 NW 77th Ave Ste 203
Miami Lakes, FL 33014]*

Lien Date:
ELT Number: 001101669483
LTN: 201858H0

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: PYPPCDZ02Q

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



EXHIBIT "C"

# 2017 CHEVROLET MALIBU LT 1LT

National Auto Lenders 14645 NW 77th Ave
Hialeah, Florida 33014

VIN: 1G1ZE5ST5HF201858
Odometer: 68,535 Miles
Color:

Disposition: Wholesale
Purchase: No
Appraiser: J. Graham

**CUSTOMER INFORMATION**

## APPRAISAL VALUES
Reconditioning: $500
Profit Objective: $1

## RECONDITIONING ITEMS

## BOOK VALUES

**RBOOK**

| | Market Average | Market Days Supply | | Ranking | |
|---|---|---|---|---|---|
| Unit Cost: | $17,749 | Overall: | 49 | Price Rank: | -- of 52 |
| Asking Price: | 66,386 Miles | Like Mine: | 44 | vRank: | -- of 52 |
| | | | | Adj % Cost To Market: | N/A |

**J.D. POWER** — Publication 04/2022

| | Trade In | | | Loan | | | Retail | | |
|---|---|---|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total | Price | Adj | Total |
| Clean | $15,550 | $200 | $15,750 | $14,000 | $200 | $14,200 | $18,425 | $200 | $18,625 |
| **Average** | $14,500 | $200 | **$14,700** | $14,000 | $200 | **$14,200** | $18,425 | $200 | **$18,625** |
| Rough | $13,200 | $200 | $13,400 | $14,000 | $200 | $14,200 | $18,425 | $200 | $18,625 |

**BLACK BOOK** — 4/20/2022

| | Wholesale | | | Finance Advance™ | | | Retail | | |
|---|---|---|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total | Price | Adj | Total |
| Extra Clean | $17,050 | ($3,325) | $13,725 | $16,425 | ($200) | $16,225 | $21,450 | ($3,475) | $17,975 |
| Clean | $15,650 | ($2,750) | $12,900 | $16,425 | ($200) | $16,225 | $19,825 | ($2,875) | $16,950 |
| **Average** | $13,775 | ($2,000) | **$11,775** | $16,425 | ($200) | **$16,225** | $17,075 | ($2,050) | **$15,025** |
| Rough | $11,975 | ($1,325) | $10,650 | $16,425 | ($200) | $16,225 | $15,225 | ($1,400) | $13,825 |

**MMR** — 4/20/2022

| | Wholesale | | | Retail | | |
|---|---|---|---|---|---|---|
| | Price | Adj | Total | Price | Adj | Total |
| Above | $19,150 | $0 | $19,150 | $22,200 | $0 | $22,200 |
| **Average** | $15,100 | $850 | **$15,950** | $18,250 | $830 | **$19,050** |
| Below | $11,100 | $0 | $11,100 | $14,300 | $0 | $14,300 |

**NAAA**

| National | Regional |
|---|---|
| Avg. Auction Price: $13,435 | $13,050 |

**KBB.COM** — 4/15/2022-4/21/2022

| | Fair Purchase Price | | |
|---|---|---|---|
| | Price | Low | High |
| Excellent | $18,172 | $16,820 | $19,523 |
| Very Good | $18,172 | $16,820 | $19,523 |
| Good | $18,172 | $16,820 | $19,523 |
| **Fair** | $18,172 | $16,820 | **$19,523** |